

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00540-CR

Mark **MEDEL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8952A
Honorable Kevin M. O'Connell, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is REFORMED to reflect that appellant was convicted of the offense of "INJURY TO A CHILD-BI-INTENT/KNO," and the statute for that offense is section 22.04(a)(3) of the Texas Penal Code. The judgment is AFFIRMED AS REFORMED.

SIGNED February 28, 2018.

_Karen Angelini_
Karen Angelini, Justice